In the charge to the jury, SHIPPEN, President, stated, that this was an action for goods sold and delivered; that the plaintiff had an indisputable right to bring the action, either in his own name, or in the name of his principal; and that he had properly chosen the former, as the contract was made with him. That, in answer to the defendant’s allegation, of the property’s belonging to Loyer, it was to be remarked, that after the
 
 *44
 
 ment, the. property was for the benefit of all
 
 Layer’s
 
 creditors; and that, although his factor might have a lien, the vendee of the factor certainly had none. That, in ftriftnefs, perhaps, the affignees of
 
 Layer
 
 had the right to the Atlas, or the price for which it fold ; but that certainly, at the time of the fale, it was not the property of Layer, and, if not veiled in the affignees, it muil have belonged to
 
 Boinod
 
 by virtue of fome fpecial lien : And that, upon the whole, the plaintiff was entitled to recover, though he was anfwerable over to the affignees.
 

 Verdi£l for the Plaintiff.